AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ARMSTRONG, VERNELIS K. | ND OH,WD | 07/17/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. MAGISTRATE JUDGE (recalled) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

1716 SPIELBUSCH AVENUE
ROOM 222 U. S. COURTHOUSE
TOLEDO, OHIO 43604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD MEMBER | MERCY HEALTH PARTNERS |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARMSTRONG, VERNELIS K. | 07/17/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PNC BANK | MORTGAGE ON RENTAL PROPERTY A | K |
| 2. | AMERICAN EXPRESS | CREDIT CARD | J |
| 3. | KEY BANK | CREDIT CARD | J |
| 4. | AMERICAN EXPRESS | CREDIT CARD | J |
| 5. | PNC BANK | MORTGAGE ON RENTAL PROPERTY B | L |
| 6. | BANK OF AMERICA | CREDIT CARD | J |
| 7. | BANK OF AMERICA | CREDIT CARD | J |

| Name of Person Reporting | Date of Report |
|---|---|
| ARMSTRONG, VERNELIS K. | 07/17/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property A Toledo, Ohio | C | Rent | L | W | | | | | |
| 2. Rental Property B Toledo, Ohio | D | Rent | M | W | | | | | |
| 3. PNC Bank Savings Acct | A | Interest | J | T | | | | | |
| 4. PNC Bank Savings Acct | A | Interest | J | T | | | | | |
| 5. PNC Bank Checking Account | A | Interest | J | T | | | | | |
| 6. ProMedica FCU Saving Acct | A | Interest | J | T | | | | | |
| 7. Drefus Premier Bond Fund | B | Dividend | J | T | | | | | |
| 8. MFS Government Mortgage Fund | C | Dividend | K | T | | | | | |
| 9. VK Us Gov't Fund | A | Dividend | K | T | | | | | |
| 10. Wells Fargo N A | A | Interest | J | T | | | | | |
| 11. Key Bank | A | Int./Div. | J | T | | | | | |
| 12. PNC Checking Acct | A | Interest | J | T | | | | | |
| 13. Gov't Federal Credit Union | D | Interest | J | T | | | | | |
| 14. PNC Bank IRA | E | Int./Div. | K | T | | | | | |
| 15. 57 shs AFLAC Inc | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 16. 32 shs Air Products & Chemicals Inc | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 17. 79 shs Analog Devices Inc | A | Dividend | J | T | Buy | 04/18/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARMSTRONG, VERNELIS K. | 07/17/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  96 shs AT&T Inc | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 19.  57 shs Automatic Data Processing | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 20.  57 shs Baxter International Inc | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 21.  35 shs Becton Dickenson & Co | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 22.  42 shs Brown-Foreman Corp Cl B | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 23.  29 shs Chevron Corp | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 24.  43 shs Chubb Corp | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 25.  42 shs Clorox Co | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 26.  36 shs Colgate-Palmolive Co | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 27.  38 shs Conocophillips Corp | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 28.  91 shs Eaton Vance Corp | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 29.  52 shs Emerson Electric Co | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 30.  49 shs Energen Corp | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 31.  35 shs Exxon Mobil Corp | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 32.  29 shs Factset Research Systems Inc | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 33.  79 shs General Mills Inc | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 34.  41 shs General Dynamics Corp | A | Dividend | J | T | Buy | 04/18/11 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARMSTRONG, VERNELIS K. | 07/17/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 20 shs Grainger W W Inc | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 36. 59 shs Harris Corp | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 37. 56 shs Illinois Tool Works Inc | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 38. 18 shs International Business Machines | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 39. 40 shs J M Smucker Co | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 40. 49 shs Johnson & Johnson | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 41. 77 shs Johnson Controls Inc | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 42. 38 shs McDonalds Corp | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 43. 78 shs Medtronic Inc | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 44. 42 shs National Fuel Gas Co | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 45. 54 shs Nextera Energy Inc | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 46. 65 shs Nordstrom Inc | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 47. 44 shs Norfolk Sourhern Corp | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 48. 88 shs Northeast Utilities | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 49. 54 shs Novartis AG | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 50. 92 shs Paychex Inc | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 51. 44 shs Pepsico Inc | A | Dividend | J | T | Buy | 04/18/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARMSTRONG, VERNELIS K. | 07/17/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. 66 shs Polaris Inds Inc | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 53. 29 shs Praxair Inc | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 54. 46 shs Procter & Gamble Co | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 55. 76 shs Scana Corp | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 56. 45 shs Sigma Aldrich Corp | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 57. 103 shs Sysco Corp | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 58. 59 shs Target Corp | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 59. 76 shs Southern Co | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 60. 36 shs United Technologies | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 61. 27 shs V F Corp | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 62. 55 shs Wal-mart Stores Inc | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 63. 32 shs 3M Co | A | Dividend | J | T | Buy | 04/18/11 | | | |
| 64. Wells Fargo Cash | A | Interest | J | T | | | | | |
| 65. Metropolitan Life Ins Co (x) | C | Int./Div. | J | T | | | | | |
| 66. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARMSTRONG, VERNELIS K. | 07/17/2012 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **VERNELIS K. ARMSTRONG**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544